[No. 18097-2-III. Division Three. August 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GARZA CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00001-8, Kenneth L. Jorgensen, J., entered October 13, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 18189-8-III. Division Three. August 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ELEAZAR RIVAS SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-1-00347-3, John E. Bridges, J., entered January 6, 1999. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 17479-4-III. Division Three. August 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY L. MUNDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 89-1-00032-9, Rebecca Margaret Baker, J., entered April 9, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 24197-8-II. Division Two. August 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON MARTEEN DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04399-9, Sergio Armijo, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Wang, J., concurred in by Hunt, A.C.J., and Morgan, J.